UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KAREN LEVY, | | |
| Plaintiff, | | 20 Civ. 7023 (PAE) |
| -v- | | ORDER |
| TARGET CORPORATION, | | |
| Defendants. | | |

PAUL A. ENGELMAYER, District Judge:

The Court today held an initial pretrial conference in this case. At the time of that conference, plaintiff's counsel had not yet filed a notice of appearance. Plaintiff's counsel is hereby directed to file such notice as soon as possible.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 30, 2020
       New York, New York